SARA GOLDBERG, etc., Respondent, v. SAMUEL GOLDBERG, Defendant. GABRIEL

**49**

SAPERSTEIN and Another, Appellants.— Upon reargument, order of reversal modified so as to allow costs of the appeal only to the appellant. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ. [See 205 App. Div. 435.]